Rayon Payne, Pro Se
8815 Conroy Windermere Rd.,
Ste.#208
Orlando, Fl 32835
Tel:407.999.9993
Fax:866.455.4348
Email: nsx2@mail.com

Attorneys for Plaintiff

FILED

2006 JUL 14 PM 2: 50

U.S. COURT
MIDDLE FLORIDA
ORL

*Court Use only above this line.*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| RAYON PAYNE, a/k/a NSX, a/k/a JUNIOR PAYNE,<br>Plaintiff,<br><br>vs.<br><br>JULIA RUTH BEVERLY, et al,<br>OZONE MAGAZINE, INC, et al,<br>JOEL BONDOROWSKY, et al,<br>ANTHONY RAMIREZ, et al,<br>JOHN YASAITIS d/b/a,<br>PROLUCID TECHNOLOGY et al,<br>TUCOWS, INC, et al,<br><br>Defendant(s). | CASE NO. 6:06.CV. 908-ORL- 31-JGG<br>JUDGE:<br><br>**AMENDED CERTIFICATE OF INTERESTED PERSONS. AND CORPORATE DISCLOSURE STATEMENT** |

By order of this Court dated July 12, 2006, Plaintiff, Rayon Payne I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:
**Rayon Payne**

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:
**Unaware of anyone**

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:
**Unaware of anyone**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:
**Rayon Payne, Mario Otoya, Carlos Otoya, and 95live, Inc.**

I Rayon Payne hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: 7/14/06

Rayon Payne, Pro Se

I hereby certify that none of the Defendant has been server in the above style cause and so there is no to sever other the Clerk of Court. Plaintiff would server a copy of this pleading on all Defendants' when server is made.