# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RAYON PAYNE,

    Plaintiff,

vs.                                            CASE NO. 6:06-CV-829-ORL-19JGG

JULIA RUTH BEVERLY, et al.,

    Defendants.

---

RAYON PAYNE,

    Plaintiff,

vs.                                             CASE NO. 6:06-CV-908-ORL-19JGG

JULIA RUTH BEVERLY,

    Defendants.

---

## ORDER OF CONSOLIDATION

UPON THE COURT'S MOTION, because these cases involve the same parties and common questions of law or fact, it is **ORDERED** that Case No. 6:06-cv-829-Orl-19JGG and Case No. 6:06-cv-908-Orl-19JGG be **CONSOLIDATED** for all further proceedings, and all such proceedings shall be heard by the undersigned Judge.

**DONE AND ORDERED** at Orlando, Florida, this  17th  day of July, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
All Counsel of Record