Rayon Payne, Pro Se
8815 Conroy Windermere Rd.,
Ste.#208
Orlando, Fl 32835
Tel:407.770.5888
Fax:866.455.4348
Email: nsx2@mail.com

Attorneys for Plaintiff

NIGHT DROP
FILED
7-18-06
Date                          Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

*Court Use only above this line.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYON PAYNE,

        Plaintiff,

vs.

JULIA RUTH BEVERLY, et al,
OZONE MAGAZINE, INC, et al,
JOEL BONDOROWSKY, et al,
ANTHONY RAMIREZ, et al,
JOHN YASAITIS d/b/a,
PROLUCID TECHNOLOGY et al,
TUCOWS, INC, et al,

        Defendant(s).

CASE NO. CASE NO. 6:06.CV. 908-ORL- 31-JGG

**MOTION FOR LEAVE TO AMEND COMPLAINT**

    Plaintiff Rayon Payne moves the Court for leave to file an amendment to his Complaint include additional Defendants', Plaintiff state the followings;

PRELIMINARY STATEMENT

1. Plaintiff, Rayon Payne, Pro Se, brings this action on the behalf of himself. He respectfully comes before this Honorable Court in the instant cause as a Pro Se litigant, Plaintiff relied on Hill v. Bellman, 935 F.2d 1106, 1110 (10th Cir. 1991), where the Court stated that;

1

> "A Pro Se litigant's pleading are to be construed liberally and to a less stringent standard than formal pleadings drafted by lawyers...If a Court can reasonably read the pleadings to state a valid claim on which Plaintiff could prevail, it should do so despite the Plaintiff's failure to site proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction or his unfamiliarity with pleading requirements" (Citation Omitted)." See also <u>Riley v. Greene</u>, 149 F. Supp. 2d 1256 (D. Colo. 2001)

## GROUNDS FOR RELIEF

This motion is made for all the following reasons;

2. The above action was filed with the Clerk of Court on 5th day of July, 2006.

3. Defendant Anthony Ramirez goes by several other names, and the Plaintiff moves to amend the above cause to reflect those names. They are as follow (Anthony "Sly" Ramirez, Anthony Murphy.)

4. Also Plaintiff move to add Defendant Nicholas Maloney, to the Complaint. Mr. Maloney is listed as one of the person whom is in control of the hosting company which is hosting 95live.com, and is in concert with the above listed Defendants'. Mr. Maloney is a resident of Massachusetts.

5. Base on the express above no prejudice will result to the Defendants' by filing the amendment at this time. Discovery has not yet closed.

## SUPPORTING PAPERS

6. This motion is based on the "who is" information under 95live.com which was updated by Defendant Tucows, Inc. Exhibit "1.".

7. Also please find two articles which Defendant Ramirez, spoke about 95live:com, where he use each of the names above. Exhibit "2.".

2

8. Please find supporting document as to Defendant Maloney, see. Exhibit "2.".

**I HEREBY CERTIFY** that the Defendants' in the above cause have not yet been server, and when such service is made the Plaintiff would server all parties of interest.

Date; July 18, 2006

Respectfully Submitted,

_____
Rayon Payne, Pro Se
Counsel for Plaintiff.

Exhibit "1."



Resellers Home   Wholesale Services   OpenSRS Platform   Manage My Services   About Tucows   Cont

**SEARCH SITE**

**OpenSRS Whois Utility**

SEARCH ▶

Whois info for, **95live.com**:

**DOMAIN LOOKUP**

Registrant:
95LIVE.COM
PO Box 56932
Hayward, Ca 94545-6932
US

WHOIS ▶

**Existing Resellers**

SIGN INTO RWI ▶
RESOURCE CENTER ▶

Domain name: 95LIVE.COM

Administrative Contact:
   MURPHY, ANTHONY   info@95live.com
   PO Box 56932
   Hayward, Ca 94545-6932
   US
   415-738-6120
Technical Contact:
   MURPHY, ANTHONY   info@95live.com
   PO Box 56932
   Hayward, Ca 94545-6932
   US
   415-738-6120

**Become a Reseller**
Sign up now! ▶
FAQs Answered ▶

www Refer me to a Reseller

Registrar of Record: TUCOWS, INC.
Record last updated on 12-Jun-2006.
Record expires on 25-Nov-2007.
Record created on 26-Nov-1998.

Domain servers in listed order:
   NS1.PROLUCID.COM   209.67.233.101
   NS2.PROLUCID.COM   209.67.233.102


Domain status: REGISTRAR-LOCK

The Data in the Tucows Registrar WHOIS database is provided to you by
for information purposes only, and may be used to assist you in obtain
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarante
accuracy.

By submitting a WHOIS query, you agree that you will use this data onl
lawful purposes and that, under no circumstances will you use this dat
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising c
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS database in its sole discretion, including without limitation, for exc querying of the WHOIS database or for failure to otherwise abide by th policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.



GeoTrust

Site Map | Korean | Contact us | Tucows.com | Press Releases | Feedback | Help

©2004 Tucows Inc.
TUCOWS is a registered trademark of Tucows Inc. or its subsidiaries. OpenSRS is a trademark of Tucows Inc. or its subsidiaries. All other trademarks and service marks are the properties of their respective owners. Tucows Inc. has no liability for any content or goods on the Tucows site or the Internet, except as set forth in the terms and conditions and privacy statement.

Exhibit "2."



From sfweekly.com
Originally published by *SF Weekly* 2006-06-28
©2005 New Times, Inc. All rights reserved.

**The Quiet Storm**

By Tamara Palmer

It's been a little while, but Sly is back in business on the radio. Not Sly Stone, who was a DJ for the Bay Area station KSOL in the '60s, but Anthony "Sly" Ramirez, who has recently resurrected his popular four-year-old Internet hip-hop radio station 95Live after a brief hiatus to deal with a challenge to his domain name. While he was offline, there was a void in the local music scene, as the street-level sounds that are too raw for Clear Channel stations like KMEL and Wild 94.9 went without their only radio outlet. But now Sly has announced that 95Live has been picked up as an official iTunes station.

**Details**

**Who / What:**
Anthony "Sly" Ramirez

"Welcome back, welcome back, welcome back," blares a snippet from the '70s sitcom *Welcome Back, Kotter*. The sample is repeated often during *The Sly Show* (weeknights from 7 to 10), a mix of music and talk on which, although calls are welcomed, a favorite motto is "audience participation is not needed."

Sly is somewhat of a Howard Stern for the hip-hop set, giving the phrase "color commentary" a whole new dimension. On a recent evening, he waxed philosophical about how snitches should die, mixed in hot new beats from New York and Oakland, and pondered — in graphic detail — what Angelina Jolie might be able to do with those luscious lips.

"I'm trying to take it back to old-time radio," he says later, with no trace of irony.

Growing up in the Oakland area, Sly saw his share of what he calls "graphic stuff" at a young age. He says it made him a quiet kid who held a lot in, but even back then he craved a career in show business.

"Other people were playing with G.I. Joes," he remembers, "but I had a mike and would watch the Oscars with my mother and tell her I would be up there doing that."

The station was born out of Sly's disgust with his tenure as a "slave" (aka, a Clear Channel radio intern). He wanted to see radio become less about rigidity and more about creativity. Now, with his free-form format, Sly makes the hip-hop scene proud and gives shock-jock enthusiasts a new voice to follow.

"It's good to be here," says Sly, on the air. "Gimme a call, though, man."

Start Page | Bookmark Us | Contact Us |



» NAVIGATION    » EXCLUSIVE

HOME PAGE
NEWS
INTERVIEWS
NEXT 2 BLOW
BEHIND THE BEATS
REVIEWS
MIXTAPES
MUSIC
DVD | CINEMA
CONTEST
LINKS

» LATEST NEWS

**Masta Killa Surrounded By Wu-T Album** Wu-Tang Clan member Mast Aug. 8 issue his sophomore album..

**India.Arie's 'Testimony' Debuts—** India.Arie earns her first No. 1 on T with Universal Motown's "Testimony

**Eminem Sells Memorial T-Shirts, Raise Money For Proof's Kids** Em continuing to pay tribute to his frien member...

**Lil' Kim Released From Prison Th** been set free. Lil' Kim, who had bee day prison sentence...

**T.I. Joins Beyonce, Puts It Dowr Ladies' With Justin** Hip-hop's king recording with pop royalty...



» FEATURES

**INTERVIEW**

Serius + Jones = Serius Business

**NEXT 2 BLOW**

Naledge - The Next Level MC

**BEHIND THE BEATS**

Statik Selektah - The Renaissance Man

**REVIEW**

Gnarls Barkley - St Elsewhere

**MIXTAPE**

40 Cal. - Trigger Happy

» CONTEST



**Ray Cash** - 5 winners will receive a Ray Cash Blow DVD.

» LATEST HEADLINES

Check out what's going on in the Hip Hop world today. All the latest headlines about your favorite artist, headlines about the hottest events and breaking moments can be found on YO! Raps daily.

# The Resurrection of 95LIVE.COM Online Radio

Friday - June 16, 2006



For the past 4 years Anthony "Sly" Ramirez has been challenging the conventional idea of radio. In 2002, he bought the domain 95LIVE.com after leaving the cookie cutter world of commercial radio and started a revolution. Innovative programming and a fresh perspective set 95LIVE apart from anything out there. 24 hours a day, 7 days a week you get a blend of off-the-hook mixes and super magnetic on-air personalities from around the world. Being located in the San Francisco Bay Area, Sly decided to help push the incredible local music scene. 95LIVE has helped many artists within the Bay Area community turn into real-life stars. Artists like Mistah Fab, The Federation, Turf Talk, San Quinn, Messy Marv, The Jacka, Planet Asia, Zion-I, and Balance have all received heavy rotation on the only station truly dedicated to hip-hop. In early 2006, 95LIVE was asked by apple ITUNES™ too broadcast through there network and be featured as an Official ITUNES™ STATION.

95LIVE is a great way to tap into the market and hear what's fresh and new. You will also get to hear some of your favorite artists like Ghostface, Young Jeezy, E-40, 50 Cent, Mobb Deep, and The Game. You will not hear the same stuff you hear on the radio 100 times a day guaranteed. 95LIVE promises to keep the playlists fresh. You will also be able to hear the centerpiece of 95LIVE, "The Sly Show." It is the wildest 3 hour talk show you will ever hear! Imagine the brash attitude of Michael Savage or Howard Stern mixed with Wendy Williams and Kay Slay. Add an unmistakable accent and you have

SUBMIT

Submit news tips, headlines, press re email below. If you manager, label rep promoter, etc fee us if you want yo:— project or event tc the news section.

» news@yoraps.

ADVERT

120 x 6

**Da Muzicianz** - 5 winners will receive a Muzicianz Party Pack.

ADVERTISING





prank calls, artist interviews, and flag burning Sly. This is not all that you will get so log on to www.95live.com from 7-10PM weeknights and see what he does next.

Now, HURRICANE KATRINA PART 2. In March of 2006, 95LIVE shut down all programming and was forced too take down the domain. Sly says, "Hey, if your running a business, it's always best too make sure your business is taken care of." Now 3 months have passed and 95LIVE is up and fully functional. Sly also says he plans too launch 4 new formats of music with genres of Jazz, R&B, ROCK and DANCE. Also, launching a TV STATION all incorporated into the 95LIVE BRAND where you can watch music videos, concert coverage and TV personalities on the road interviewing some of today's hottest stars. While still sticking too that "uncut" form of broadcasting. Sly says, "Just as people are irritated about the way corp radio has took a turn, I know people are just as irritated about the way TV is programmed, so I'm here too make it authentic and something fresh." So here it is, 95LIVE.com is back, attracting users by the minute and streaming too the world and much, much, more too come.

How about some publicity? Too really make it known how serious the cowboys at 95LIVE.COM are, they are holding a worldwide contest to unsigned hype and too every MC to submit music. It will only be 6 weeks, 6 rounds to define who the best out there is. Where new and upcoming rappers will battle it out too see who has the illest and fresh 2 def rhymes. The grand prize winner will include $1,000 CASH PRIZE and a FULL EXPENSE PAID trip too New York City to record with platinum producer Shatek. Along with mixtape submission in NEW YORK and guaranteed rotation on 95LIVE.com

Along with the incredible contest, 95LIVE is always accepting submissions for airplay from artists from around the world. Please send all mp3's in high quality format to info@95live.com and leave contact information where you can be contacted, and Sly also mentions that any DJs that want to showcase there skillz be sure too also email us at 95live.com, Where stars are made!

- Post Comments (0)

**START PAGE | BOOKMARK US | PRIVACY POLICY / DISCLAIMER | TOOLBAR | ABOUT US**
© Copyright 2003 - 2006, YO! Raps - ALL RIGHTS RESERVED

# Exhibit "3.".

**Prolucid Technology**

- **Home**
- **Contact**
- **WebMail**

## Contact

**Departments**

| Contact | Email |
|---|---|
| General Information | info@prolucid.com |
| Reseller Information | reseller@prolucid.com |
| Abuse | abuse@prolucid.com |

**Contacts**

| Contact | Email | Phone |
|---|---|---|
| John Yasaitis | john@prolucid.com | 617-549-5904 |
| Nicholas Maloney | nick@prolucid.com | 508-274-0401 |