Rayon Payne, Pro Se
8815 Conroy Windermere Rd.,
Ste.#208
Orlando, Fl 32835
Tel:407.999.9993
Fax:866.455.4348
Email: nsx2@mail.com

Attorneys for Plaintiff

FILED

2006 JUL 24 AM 11: 25

U.S. ... COURT
MIDDLE D... OF FLORIDA
ORL... FLORIDA

*Court Use only above this line.*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RAYON PAYNE, a/k/a NSX,
a/k/a JUNIOR PAYNE,
        Plaintiff,

vs.

JULIA RUTH BEVERLY, aka JB, et al,
OZONE MAGAZINE, INC, et al,
JOEL BONDOROWSKY, et al,
ANTHONY RAMIREZ aka
Anthony "Sly" Ramirez, aka
Anthony Murphy , et al,
JOHN YASAITIS d/b/a -
PROLUCID TECHNOLOGY et al,
NICHOLAS MALONEY d/b/a -
PROLUCID TECHNOLOGY et al,
TUCOWS, INC, et al,
        Defendant(s).

~~CASE NO. 6:06-CV-908-ORL-31 JGG~~
CASE NO. 6:06.CV.829-ORL- 19-JGG
JUDGE: PATRICIA C. FAWSETT
6:06-CV-908-ORL-19JGG
**VOLUNTARY DISMISSAL**

## PLAINTIFFS' MOTION FOR A VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1), filed a notice of **VOLUNTARY DISMISSAL;**

### PRELIMINARY STATEMENT

Plaintiff, Rayon Payne, Pro Se, brings this action on the behalf of himself. He respectfully comes before this Honorable Court in the instant cause as a Pro Se

- 1 -

litigant, Plaintiff relied on Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991), where the Court stated that;

> "A Pro Se litigant's pleading are to be construed liberally and to a less stringent standard than formal pleadings drafted by lawyers...If a Court can reasonably read the pleadings to state a valid claim on which Plaintiff could prevail, it should do so despite the Plaintiff's failure to site proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction or his unfamiliarity with pleading requirements" (Citation Omitted)." See also Riley v. Greene, 149 F. Supp. 2d 1256 (D. Colo. 2001)

## ARGUMENT IN SUPPORT OF

1. The Plaintiff move to dismiss both case(s) above in whole and any pleading filed in the above respected case(s) should be consider moot.

2. Plaintiff deeply feels his need to bring this action before the Court to recover his property, but the danger to his family, and his well being out weight any personal desire.

3. The Plaintiff respectfully moves to DISMISS this action forthwith.

DATED: July 24th, 2006.

_____
Rayon Payne, Plaintiff pro se